The Louisville and Nashville Railroad Company, a corporation under the laws of Kentucky, Plaintiff in Error, v. John Smith and Eliza Smith, Defendants in Error.

Division A.

Writ of error to Circuit Court, Walton county; Evelyn C. Maxwell, Judge.

Blount & Blount for plaintiff in error.

L. J. Reeves for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*